Corbis Corporation vs. Arnold Moving Company, LLC — Doc. 3

Case 2:07-cv-01563-LEW-GGH    Document 3    Filed 08/01/2007    Page 1 of 1

KATHRYN J. FRITZ (CSB NO. 148200)
AARON K. PERZANOWSKI (CSB NO. 244921)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
Corbis Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD MOVING COMPANY, LLC, a Limited Liability Company dba STERLING INTERNATIONAL,<br><br>    Defendant. | Case No.<br><br>**CORBIS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Corbis Corporation (a private non-governmental party) certifies that Corbis Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 1, 2007                FENWICK & WEST LLP


By: s/ Kathryn J. Fritz
        Kathryn J. Fritz

Attorneys for Plaintiff
CORBIS CORPORATION

23819/00409/LIT/1270854.1