Corbis Corporation vs. Arnold Moving Company, LLC    Doc. 4

Case 2:07-cv-01563-LEW-GGH    Document 4    Filed 08/01/2007    Page 1 of 14

# EXHIBIT A





**CO-016-0395 | © Denis Scott/CORBIS | RM**

| | |
|---|---|
| **IMAGE URL** | http://www.sterlinginternational.com/images/18411.jpg |
| **PAGE URL** | http://www.sterlinginternational.com/Moving+Internationaln.html |

Moving International - international forwarder - Microsoft Internet Explorer provided by Corbis Corporation

File  Edit  View  Favorites  Tools  Help

Back | Search | Favorites | Media

Address: http://www.sterlinginternational.com/Moving+Internationaln.html

### Moving International News

How will you handle our (lateral) horizontal file cabinets? Cabinets can be moved without disturbing their contents using the latest state-of-the-art equipment, a spider crane. The crane literally sucks the fully loaded cabinet off the floor and places it on a special steel dolly. This eliminates the risk of mixed-up or lost files and allows 100% access to files immediately before and after the move.

**Moving International Facts** They could make colorful posters to stick up around the neighborhood. You and your mover must both sign the order for service. Wear and tear if you drive your personal vehicle 34. Before the packers leave, the supervisor will give you forms that itemize each carton. Additional truck rental to deliver from the storage warehouse $16. Local movers are billed at an hourly rate whereas intra- and inter-state



CO-016-0395 | © Denis Scott/CORBIS | RM

| IMAGE URL | http://www.sterlinginternational.com/images/89085.jpg |
|---|---|
| PAGE URL | http://www.sterlinginternational.com/Moving+Companies+Canadai.html |

## Moving Companies Canada

At the same time, their populations will become less permanent. The continual growth and influx of newcomers in scenic recreational towns creates diverse and efficient services compared to most rural areas. Some services, particularly restaurants, airports and financial services, resemble posh suburbs more than agricultural towns. Recreational towns actually have more services than suburbs of the same size because rural towns provide a range of goods and services to large geographic areas.

**Moving Companies Canada Articles**

3



CO-016-0495 | © Denis Scott/CORBIS | RM

| IMAGE URL | http://www.sterlinginternational.com/images/6321.jpg |
|---|---|
| PAGE URL | http://www.sterlinginternational.com/Moving+To+Irelandn.html |



CO-016-0495 | © Denis Scott/CORBIS | RM

| IMAGE URL | http://www.sterlinginternational.com/images/37630.jpg |
|---|---|
| PAGE URL | http://www.sterlinginternational.com/Moving+To+Italyn.html |



I-106-0208 | © Gabe Palmer/CORBIS | RM

| **IMAGE URL** | http://www.sterlinginternational.com/images/67939.jpg |
| --- | --- |
| **PAGE URL** | http://www.sterlinginternational.com/Moving+To+Irelandn.html |

Moving To Ireland - international forwarder - Microsoft Internet Explorer provided by Corbis Corporation

File  Edit  View  Favorites  Tools  Help

Back · | Search | Favorites | Media

Address http://www.sterlinginternational.com/Moving+To+Irelandn.html

BBBOnLine RELIABILITY PROGRAM

### Moving To Ireland News

At a time in life when theyre dealing with conforming, they have to learn new rules. It can be very difficult for them to have a shift in social situations. Parents can help mitigate fears by involving teens in the decision-making process. One helpful step is to arrange for an older child to visit the new school and meet other students, he says, adding that most schools allow such visits.

**Moving To Ireland Facts** If you purchase this separate coverage, in the event of loss or damage which is the responsibility. After arriving at new residencerenew your driver's license, auto registration and tags/license plates. Create an inventory of all the items you are moving. An inventory of your goods will be made, and it is important toresolve any disagreements regarding



I-106-0208 | © Gabe Palmer/CORBIS | RM

| | |
|---|---|
| **IMAGE URL** | http://www.sterlinginternational.com/images/57012.jpg |
| **PAGE URL** | http://www.sterlinginternational.com/Moving+To+Italyn.html |





### Moving To Italy News

It helps the child see what it might be like and can go a long way to taking away the anxiety of moving, he says. Some psychologists say parents can cause problems by worrying too much about the negative consequences of moving. Children pick up on the anxiety and start fretting that the move will be a bad thing.



**Moving To Italy Facts** Notice any differences in shapes of the rooms or new furniture. 2. Carefully unplug all power cables. Even if your pet doesn't typically get car sick, it is better to be safe than sorry bring paper towels, a sponge, and plenty of plastic bags. Because teenagers' friends provide them with a sense of identity, it is more difficult for teens to feel comfortable with the idea of moving to a new home. Ask your friends and neighbors about their experiences





| IMAGE URL | http://www.sterlinginternational.com/images/30994.jpg |
| PAGE URL | http://www.sterlinginternational.com/International+Relocationn.html |



I-156-0279 | © Firefly Productions/CORBIS | RM

| IMAGE URL | http://www.sterlinginternational.com/images/32497.jpg |
|---|---|
| PAGE URL | http://www.sterlinginternational.com/Moving+To+Italyi.html |





