Corbis Corporation vs. Arnold Moving Company, LLC | Doc. 5

Case 2:07-cv-01563-LEW-GGH   Document 5   Filed 08/01/2007   Page 1 of 2

# EXHIBIT B

| IMAGEID | STATUS | COPYRIGHT DATE | CERTIFICATE |
|---|---|---|---|
| 5127 | Registered | 3/16/2001 | VA 1-115-519 |
| CO-016-0395 | Registered | 8/15/2002 | VA 1-145-485 |
| CO-016-0495 | Registered | 8/15/2002 | VA 1-145-485 |
| I-106-0208 | Registered | 8/15/2002 | VA 1-145-485 |
| I-106-0610 | Registered | 8/15/2002 | VA 1-145-485 |
| I-156-0279 | Registered | 8/15/2002 | VA 1-145-485 |
| MI-099-0271 | Registered | 8/15/2002 | VA 1-145-485 |
| MI-100-0318 | Registered | 8/15/2002 | VA 1-145-485 |