Corbis Corporation vs. Arnold Moving Company, LLC                                                                         Doc. 9

Case 2:07-cv-01563-LEW-GGH     Document 9     Filed 08/02/2007     Page 1 of 1

KATHRYN J. FRITZ (CSB NO. 148200)
AARON K. PERZANOWSKI (CSB NO. 244921)
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
Corbis Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD MOVING COMPANY, LLC, a Limited Liability Company dba STERLING INTERNATIONAL,<br><br>　　　　　Defendant. | Case No. 2:07-CV 01563-LEW-GGH<br><br>**NOTICE OF APPEARANCE OF AARON K. PERSANOWSKI ON BEHALF OF PLAINTIFF CORBIS CORPORATION**<br><br>Judge:　Ronald S.W. Lew |

　　　　Aaron Perzanowski of Fenwick & West LLP ("Defendants' Counsel") hereby enters his appearance on behalf of Plaintiff CORBIS CORPORATION.

　　　　For purposes of receipt of Notices of Electronic Filing, Plaintiff's Counsel's e-mail address is as follows:

　　　　Aaron K. Perzanowski　　　　　　　　　　aperzanowski@fenwick.com

Dated: August 2, 2007　　　　　　　　　　　　　FENWICK & WEST, LLP


　　　　　　　　　　　　　　　　　　　　　　　　　____/s/ Aaron K. Perzanowski____
　　　　　　　　　　　　　　　　　　　　　　　　　AARON K. PERZANOWSKI

　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　CORBIS CORPORATION

NOTICE OF APPEARANCE　　　　　　　　　　　　　　　　　　　　Case No. 2:07-CV 01563-LEW-GGH