Corbis Corporation vs. Arnold Moving Company, LLC
08/22/2007  14:45   5023398828                HESSIG ASSOCIATES                              PAGE  03     Doc. 10

Case 2:07-cv-01563-LEW-GGH     Document 10     Filed 08/23/2007     Page 1 of 1

COPY

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1) — DATE **AUGUST 21, 2007 @ 1:59 PM**

NAME OF SERVER (PRINT) **JONATHAN HESSIG**   TITLE **SERVER**

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: **GARY A. ROBBINS**

☐ Returned unexecuted: _____

☒ Other (specify): **CORPORATE SERVICE BY SERVING REGISTERED AGENT GARY A. ROBBINS**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **AUGUST 21, 2007**
Date

Signature of Server **JONATHAN HESSIG**

Address of Server

Hessig & Associates
3306 Collins Lane
Louisville, KY 40245

HESSIG & ASSOCIATES
OFFICE (502) 551-6800
FAX (502) 339-8828