Corbis Corporation vs. Arnold Moving Company, LLC                                                                                    Doc. 11
08/22/2007  14:45    5023398828              HESSIG ASSOCIATES                       PAGE  04

Case 2:07-cv-01563-LEW-GGH     Document 11     Filed 08/23/2007     Page 1 of 2

**COPY**

# PROOF OF SERVICE

STATE OF: **CALIFORNIA**
COUNTY OF: **EASTERN DISTRICT**          CASE# **2:07-CV-01563-LEW-GGH**
NO: _____
Case: **CORBIS CORP.** _____ Plaintiff
**ARNOLD MOVING** _____ Defendant
Service of process on: **ARNOLD MOVING** _____

Name of Server: **JONATHAN HESSIG** _____, undersigned, being duly sworn, deposes that he was at the time of service, over the age of eighteen, was not a party to this action:
DATE of SERVICE: that on **21** day of **AUGUST**, 200**7**, at **1:59 P** M at
PLACE of SERVICE:
**ARNOLD MOVING CO. 5200 INTERCHANGE WAY**
In the City of **LOUISVILLE** _____ state of **KENTUCKY 40299**
The undersigned served the annexed papers **✱ SEE ATTACHMENT** _____
Description of recipient: sex ( **M** ) race ( **C** ) age ( **45** ) height ( **6'0** ) weight ( **250** )
hair ( **BLK** ) glasses ( **NO** ) other ____
PERSON SERVED: A true and correct copy of the aforesaid papers on the above named party in the following manner:
METHOD OF SERVICE: ( ) By personally serving them to the person to be served.
( ) (Substitute) By leaving a copy at his/her place of abode with some person of suitable age and discretion then residing therein: _____
(**X**) By delivering them to an officer or managing agent whose name is **GARY A. ROBBINS - REGISTERED AGENT**

PROOF OF
& DILIGENT
ATTEMPT

( ) After due and diligent effort, the undersigned was DUE unable to effect service.
( ) Facts indicating defendant is avoiding service are

| DATES of SERVICE ATTEMPTED | TIME | REASON FOR NONSERVICE |
|---|---|---|
| | | |
| | | |
| | | |

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**JONATHAN HESSIG**
Name of Server

Date
**AUGUST 21, 2007**

Subscribed and sworn to before me this **21** day of **AUGUST** 20**07**.

**LINDA HESSIG**
Notary Public

My commission expires:
**OCTOBER 19, 2008**

x **GARY A. ROBBINS IS REGISTERED AGENT**
Recipients - printed name - and title

1. Summon In A Civil Case;

2. Civil Cover Sheet;

3. Complaint for Copyright Infringement and Violation of The Digital Millennium Copyright Act;

4. Corbis Corporation's Certification of Interested Entities or Persons Pursuant to Federal Rule of Civil Procedure 7.1;

5. Order Requiring Joint Status Report;

6. Notice of Availability of Magistrate Judge to Exercise jurisdiction and Appeal Instructions;

7. Notice of Availability Voluntary Dispute Resolution; and

8. Notice of Appearance of Aaron K. Perzanowski on Behalf of Plaintiff Corbis Corporation

*[signature]*
AUGUST 21, 2007
JONATHAN HESSIG