Corbis Corporation vs. Arnold Moving Company, LLC | Doc. 12 Att. 1

Case 2:07-cv-01563-LEW-GGH   Document 12-2   Filed 09/05/2007   Page 1 of 1

GUY W. STILSON, # 142194
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
A ARNOLD MOVING COMPANY
(incorrectly named as ARNOLD MOVING COMPANY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD MOVING COMPANY, LLC, a Limited Liability Company dba STERLING INTERNATIONAL,<br><br>　　　　　Defendants. | Case No. 2:07-CV-01563-LEW-GGH<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

　　　Defendant A. ARNOLD MOVING COMPANY, LLC d/b/a STERLING INTERNATIONAL, incorrectly sued as ARNOLD MOVING COMPANY, by and through its undersigned counsel, certifies that it has no parent corporation and no publicly held corporation owns more than 10% of its stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LOW, BALL & LYNCH

September 5, 2007

　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　Guy W. Stilson
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　A. ARNOLD MOVING COMPANY

-1-
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
J:\1160\sf0022\Pleadings\P-FRCP 7.1 Certification 001.wpd