Corbis Corporation vs. Arnold Moving Company, LLC																												Doc. 13

Case 2:07-cv-01563-LEW-GGH     Document 13     Filed 12/12/2007     Page 1 of 3

1  KATHRYN J. FRITZ (CSB NO. 148200)
   AARON K. PERZANOWSKI (CSB NO. 244921)
2  FENWICK & WEST LLP
   555 California Street, 12th floor
3  San Francisco, CA 94104
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350
   kfritz@fenwick.com
5  aperzanowski@fenwick.com

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CORBIS CORPORATION, | Case No. 2:07-cv-01563-LEW-GGH |
12 | Plaintiff, | **STIPULATION FOR PERMANENT INJUNCTION AND [PROPOSED] ORDER THEREON** |
13 | v. | |
14 | ARNOLD MOVING COMPANY, LLC, a Limited Liability Company dba STERLING INTERNATIONAL, | |
15 | | |
16 | Defendant. | |

17

18     WHEREAS Plaintiff Corbis Corporation is a Nevada corporation (and successor to Corbis

19 Corporation, a Washington corporation) (sometimes referred to as "Plaintiff" or "Corbis") and is

20 in the business of licensing photographs and fine art images on behalf of itself and the

21 photographers and other licensors it represents, which photographs and images are subject to

22 copyright protection under the laws of the United States;

23     WHEREAS Defendant A. Arnold Moving Company LLC dba Sterling International

24 (sometimes referred to as "Defendant" or "Arnold Moving") is a Kentucky Limited Liability

25 Company in the business of providing professional moving and relocation services and operates a

26 website at www.sterlinginternational.com;

27

28

**STIPULATION FOR PERMANENT
INJUNCTION AND [PROPOSED] ORDER                                     CASE NO. 2:07-CV-01563-LEW-GGH
THEREON**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   WHEREAS at some point prior to January 2007, Arnold Moving began copying and displaying on Arnold Moving's website at www.sterlinginternational.com certain copyrighted images owned by Corbis without authorization of Corbis;

WHEREAS Corbis filed a Complaint against Defendant asserting claims for copyright infringement under 17 U.S.C. § 101, *et seq.*, and violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b), arising from Defendant's unauthorized copying and display of certain copyrighted images owned by Corbis on Defendant's website (the "Action");

WHEREAS Defendant maintains that it had no knowledge that the Corbis images displayed at www.sterlinginternational.com were not properly licensed;

WHEREAS Corbis and Defendant having now entered into a separate Settlement Agreement and agreed to entry of this Stipulation for Permanent Injunction in the Action, and good cause appearing, therefore,

IT IS THERFORE STIPULATED, by and between the parties hereto or their counsel, who have been authorized to execute this Stipulation for Permanent Injunction on their own and on their clients' behalf, that, as of October 11, 2007:

1.  Defendant, its agents, employees and all persons in active concert with it are hereby PERMANENTLY ENJOINED from copying, publishing, reproducing, disseminating or using in any manner the images that are the subject of this Action (although nothing herein shall prevent Defendant from copying, publishing, reproducing, disseminating or to otherwise using such images if Defendant has received proper authorization and license from Plaintiff to do so).
    Notwithstanding the above, Arnold Moving and its insurer(s) and their respective agents and attorneys may utilize the images that are the subject of this Action as reasonably necessary to pursue any claim for indemnification and/or subrogation against Charles West dba WebTamers.

2. This Court shall retain jurisdiction over this Action and the parties to this Stipulation for Permanent Injunction to the extent necessary to enforce this permanent injunction.

IT IS FURTHER STIPULATED that upon entry of the above Stipulation for Permanent Injunction as an Order of the Court, the above-captioned action shall be concluded and no further action will be taken or will be necessary, except and unless Corbis is required to seek the Court's assistance to enforce this Order. In the event Defendant, its agents, employees, or any persons in active concert or participation with them fail to comply with any of the above provisions, Corbis shall be entitled to recover all costs, including reasonable attorneys' fees, incurred in enforcing this Order.

Dated: December 12, 2007      FENWICK & WEST LLP


By: /s/ Kathryn J. Fritz
          Kathryn J. Fritz

Attorneys for Plaintiff
CORBIS CORPORATION


Dated: December 12, 2007      LOW, BALL & LYNCH


By: /s/ Guy W. Stilson
     (as authorized on December 10, 2007)
          Guy W. Stilson

Attorneys for Defendant
ARNOLD MOVING COMPANY, LLC dba STERLING INTERNATIONAL


DATED: _____, 2007      IT IS SO ORDERED.


_____
HON. RONALD S.W. LEW

STIPULATION FOR PERMANENT
INJUNCTION AND [PROPOSED] ORDER         3         CASE NO. 2:07-CV-01563-LEW-GGH