# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**CORBIS CORPORATION,**

    vs.                            CASE NO. **2:07−CV−01563−JAM−GGH**

**ARNOLD MOVING COMPANY, LLC,**

### ORDER OF REASSIGNMENT

The court, having considered the appointment of **Judge John A. Mendez**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from

**Senior Judge Ronald S.W. Lew**, to **Judge John A. Mendez**

for all further proceedings. The new case number for this action, which must be used on all future documents filed with the court, is:

**2:07−CV−01563−JAM−GGH**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated: April 30, 2008

GARLAND E. BURRELL, JR, Chief
United States District Judge